UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASTE ACTION PROJECT,

    Plaintiff,

    v.

PUGET SOUND RECYCLING, LLC,

    Defendant.

Case No. C07-0698L

ORDER DENYING
MOTION TO WITHDRAW

This matter comes before the Court on a motion to withdraw filed by the Johnson Law Group and LuAnne Perry, counsel for defendant Puget Sound Recycling, LLC. The motion, however, does not comply with General Rule 2(g)(4)(B). It does not include a certification from defense counsel that they advised their client that it is required by law to be represented by an attorney and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in an entry of default against it. Counsel tries to avoid the problem of an unrepresented corporate entity by stating that future correspondence should be directed to "Richard M. Flajole, Defendant Pro Se." Motion at p. 2. However, the only named defendant is Puget Sound Recycling, LLC. There is no evidence that Mr. Flajole is an attorney, and the LLC must be represented by counsel before this Court. See also Rowlands v. California Men's Colony, 506 U.S. 194, 202 (explaining that corporations, partnerships, and associations may

ORDER DENYING
MOTION TO WITHDRAW - 1

only appear in federal court through a licensed attorney).

Although the failure to comply with General Rule 2 is sufficient to deny the motion, the Court denies it for a second reason. Pursuant to the consent decree entered in this case by the Court on April 28, 2008, Ms. Perry is identified as defendant's point of contact. Plaintiff alleges that defendant is in breach of the agreement, and it has filed a motion to enforce the consent decree. Allowing defense counsel to withdraw before substitute counsel is obtained would frustrate plaintiff's attempt to enforce the consent decree. In addition, defense counsel has not offered any explanation for their request to withdraw.

Accordingly, counsel's motion to withdraw (Dkt. #14) is DENIED. The Johnson Law Group, Ms. Perry, and Kyle Johnson remain defense counsel of record.

DATED this 24th day of September, 2008.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DENYING
MOTION TO WITHDRAW - 2