SCOPE Law Firm, PLLC

PO Box 22091
Seattle, WA 98122-0091

# Invoice

| Date | Invoice # |
|---|---|
| 11/5/2008 | 40 |

| Bill To |
|---|
| Waste Action Project<br>PO Box 4832<br>Seattle, WA 98104 |

| P.O. No. | Terms | Project |
|---|---|---|
| | | Puget Sound Recycling |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.1 | 8/13 -- review e-mail from client; e-mail opposing counsel re: nonpayment of mitigation funds. | 325.00 | 32.50 |
| 0.3 | 8/22 -- review Consent Decree; e-mail opposing counsel re: informal dispute resolution; mail hard copy. | 325.00 | 97.50 |
| 0.2 | 9/3 -- review correspondence; call opposing counsel; draft memo to file. | 325.00 | 65.00 |
| 0.1 | 9/4 -- review and reply to messages from opposing counsel. | 325.00 | 32.50 |
| 0.1 | 9/5 -- review and reply to e-mail from client and opposing counsel. | 325.00 | 32.50 |
| 0.1 | 9/11 -- legal research re: post-judgment relief. | 325.00 | 32.50 |
| 1.7 | 9/12 -- legal research re: motion to withdraw; capacity of LLC to appear pro se. | 325.00 | 552.50 |
| 0.6 | 9/15 -- t/c client; draft Wingard declaration; t/c client; revise dec. | 325.00 | 195.00 |
| 4 | 9/16 -- draft Plaintiff's Opposition to Motion to Withdraw and Cross-Motion to Enforce Consent Decree; draft Poulin dec.; draft Proposed Order; file all documents. | 325.00 | 1,300.00 |
| 0.1 | 9/17 -- e-mail copy of response to opposing counsel at her request. [NO CHARGE] | 0.00 | 0.00 |
| 0.2 | 9/24 Calendar opposition and reply brief deadlines for Motion to Compel | 325.00 | 65.00 |
| 0.1 | 9/25 -- review mitigation check; t/c client; call MF at VCC [NO CHARGE] | 0.00 | 0.00 |
| 0.9 | 10/10 -- review local rule 7; draft and file reply brief. | 325.00 | 292.50 |
| 0.1 | 10/16 -- review Order Granting Motion to Enforce Consent Decree; calendar response deadline. | 325.00 | 32.50 |
| 0.1 | 10/30 -- review and reply to e-mail from opposing counsel re: award of fees and costs. | 325.00 | 32.50 |
| 0.5 | 11/5 -- prepare invoice; draft declaration re: fees and costs. | 325.00 | 162.50 |

| Phone # | E-mail | Total | $2,925.00 |
|---|---|---|---|
| 206-420-1590 | rickp@scopelaw.com | | |